Kevin I. SHORT, Plaintiff–Appellant,

v.

Bobby SHEARIN, Warden, N.B.C.I.; Ms. Legge, Mailroom Supervisor, NBCI/WCI; Lt. Wilt, ARP Coordinator, NBCI; Ms. Robin Woolford, Deputy of IGO; Mary J. Rose, Mailroom Supervisor, Defendants–Appellees.

No. 14–7228.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Kevin I. Short, Appellant Pro Se. Thomas E. Dernoga, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin I. Short appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *See Short v. Shearin,* No. 8:13–cv–03176–RWT, 2014 WL 3557236 (D.Md. July 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*